No. 90–7381.  BLAIR *v.* ARMONTROUT, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 90–7414.  YOUNG *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–7416.  FOLEY *v.* WHITLEY, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–7439.  WATERMAN, AKA GARCIA *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 90–7504.  MAHURIN ET AL. *v.* MISSOURI.  Sup. Ct. Mo. Certiorari denied.

No. 90–7522.  HARRIGAN *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 90–7526.  CONTRERAS *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–7567.  JONES *v.* DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY.  C. A. 9th Cir.  Certiorari denied.

No. 90–7571.  CAHILL *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 90–7599.  GARZA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–7603.  LAVERNIA *v.* UNITED STATES BUREAU OF PRISONS.  C. A. 11th Cir.  Certiorari denied.

No. 90–7628.  MEGAR *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 90–7633.  FLOWERS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–7643.  DANIELS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.